Opinions - Third District Court of Appeal

 

 

 

 

 

 Skip to Main Content

 

 
 Florida’s Third District Court of Appeal
 
 
 
 
 
 Judges

 
 
 
 
 Chief Judge Kevin Emas
 
 
 
 
 Judge Vance E. Salter
 
 
 
 
 Judge Ivan F. Fernandez
 
 
 
 
 Judge Thomas Logue
 
 
 
 
 Judge Edwin A. Scales, III
 
 
 
 
 Judge Norma S. Lindsey
 
 
 
 
 Judge Eric Wm. Hendon
 
 
 
 
 Judge Bronwyn C. Miller
 
 
 
 
 Judge Monica Gordo
 
 
 
 
 Judge Fleur J. Lobree
 
 
 
 
 All Judges
 
 
 
 
 
 

 
 
 Online Docket

 
 

 
 
 E-DCA

 
 

 
 
 Oral Arguments

 
 
 
 
 Oral Argument Calendar
 
 
 
 
 Video Oral Argument - Live
 
 
 
 
 Video Oral Argument - Archives
 
 
 
 
 
 

 
 
 Opinions

 
 
 
 
 Opinions This Month
 
 
 
 
 Most Recent Opinion Release
 
 
 
 
 Search Opinions
 
 
 
 
 
 

 
 
 Clerk's Office

 
 
 
 
 Clerk of the Court
 
 
 
 
 Notice to Attorneys and Parties
 
 
 
 
 Administrative Orders
 
 
 
 
 Court Holidays
 
 
 
 
 Oral Argument Calendar
 
 
 
 
 Oral Argument Calendar - Archives
 
 
 
 
 Contact the Clerk's Office
 
 
 
 
 Self-Help
 
 
 
 
 E-Filing
 
 
 
 
 E-Filing Portal
 
 
 
 
 
 

 
 
 Marshal's Office

 
 
 
 
 Marshal of the Court
 
 
 
 
 Notice to Attorneys About Visiting Court Staff After Arguing a Case
 
 
 
 
 Law Clerk and Staff Attorney Employment Opportunities
 
 
 
 
 Other Employment Opportunities
 
 
 
 
 History of the Court
 
 
 
 
 Special Events
 
 
 
 
 ADA Guidelines
 
 
 
 
 Courthouse Visits
 
 
 
 
 
 

 
 
 Resources

 
 
 
 
 eDCA User Guide
 
 
 
 
 Creating Searchable PDFs
 
 
 
 
 eDCA - Creating Bookmarks in a PDF
 
 
 
 
 Notice to Attorneys and Parties
 
 
 
 
 Pro Se Information
 
 
 
 
 Orders to Seal
 
 
 
 
 Notice in Unemployment Compensation Cases
 
 
 
 
 Rules of Appellate Procedure
 
 
 
 
 Orders Extending the Legal Time Requirement
 
 
 
 
 E-Filing
 
 
 
 
 E-Filing Portal
 
 
 
 
 
 

 

 Search
 
 

 
 
 
 Search Third DCA
 
 
 
 Search Opinions
 
 

 
 
 Search...
 
 
 
 
 

 
 
 Online Docket
 

 
 
 
 
 
 Search
 
 
 
 
 
 Search Third DCA
 
 Search Opinions
 

 
 
 Search...
 
 
 
 

 
 
 
 
 
 
 Find My District Court
 

 
 
 
 
 
 Third DCA
 
 
 
 
 
 
 
 First DCA
 
 
 
 
 Second DCA
 
 
 
 
 Fourth DCA
 
 
 
 
 Fifth DCA
 
 
 
 
 Supreme Court
 
 
 
 

 
 
 
 

 
 
 
 
 

 
 

 
 
 Florida
 Third District Court Of Appeal
 Accessible | Fair | Effective | Responsive | Accountable
 

 
 
 
 
 
 Find My District Court
 

 
 
 
 
 
 Third DCA
 
 
 
 
 
 
 
 First DCA
 
 
 
 
 Second DCA
 
 
 
 
 Fourth DCA
 
 
 
 
 Fifth DCA
 
 
 
 
 Supreme Court
 
 
 
 

 
 
 
 
 
 
 
 Search Third DCA
 
 Search Opinions
 

 
 
 Search...
 
 
 
 

 
 
 

 

 

 
 
 Judges

 
 
 
 
 Chief Judge Kevin Emas
 
 
 
 
 Judge Vance E. Salter
 
 
 
 
 Judge Ivan F. Fernandez
 
 
 
 
 Judge Thomas Logue
 
 
 
 
 Judge Edwin A. Scales, III
 
 
 
 
 Judge Norma S. Lindsey
 
 
 
 
 Judge Eric Wm. Hendon
 
 
 
 
 Judge Bronwyn C. Miller
 
 
 
 
 Judge Monica Gordo
 
 
 
 
 Judge Fleur J. Lobree
 
 
 
 
 All Judges
 
 
 
 
 
 

 
 
 Online Docket

 
 

 
 
 E-DCA

 
 

 
 
 Oral Arguments

 
 
 
 
 Oral Argument Calendar
 
 
 
 
 Video Oral Argument - Live
 
 
 
 
 Video Oral Argument - Archives
 
 
 
 
 
 

 
 
 Opinions

 
 
 
 
 Opinions This Month
 
 
 
 
 Most Recent Opinion Release
 
 
 
 
 Search Opinions
 
 
 
 
 
 

 
 
 Clerk's Office

 
 
 
 
 Clerk of the Court
 
 
 
 
 Notice to Attorneys and Parties
 
 
 
 
 Administrative Orders
 
 
 
 
 Court Holidays
 
 
 
 
 Oral Argument Calendar
 
 
 
 
 Oral Argument Calendar - Archives
 
 
 
 
 Contact the Clerk's Office
 
 
 
 
 Self-Help
 
 
 
 
 E-Filing
 
 
 
 
 E-Filing Portal
 
 
 
 
 
 

 
 
 Marshal's Office

 
 
 
 
 Marshal of the Court
 
 
 
 
 Notice to Attorneys About Visiting Court Staff After Arguing a Case
 
 
 
 
 Law Clerk and Staff Attorney Employment Opportunities
 
 
 
 
 Other Employment Opportunities
 
 
 
 
 History of the Court
 
 
 
 
 Special Events
 
 
 
 
 ADA Guidelines
 
 
 
 
 Courthouse Visits
 
 
 
 
 
 

 
 
 Resources

 
 
 
 
 eDCA User Guide
 
 
 
 
 Creating Searchable PDFs
 
 
 
 
 eDCA - Creating Bookmarks in a PDF
 
 
 
 
 Notice to Attorneys and Parties
 
 
 
 
 Pro Se Information
 
 
 
 
 Orders to Seal
 
 
 
 
 Notice in Unemployment Compensation Cases
 
 
 
 
 Rules of Appellate Procedure
 
 
 
 
 Orders Extending the Legal Time Requirement
 
 
 
 
 E-Filing
 
 
 
 
 E-Filing Portal
 
 
 
 
 
 

 
 

 
 
 Menu
 Search
 
 

 
 
 
 
 
 
 
 
 Home 
 
 Opinions 
 
 
 
 
 
 
 

 
 
 
 
 
 

 
 
 
 Opinions
 

 Note: Opinions are not final until any timely filed motions for rehearing are considered and disposed of by the Court.  These opinions are also subject to revision before publication in the Southern Reporter, 3rd Series.
The court releases its opinions to the parties and public at 10:30 a.m. each Wednesday. Because of required electronic processing times, the opinions will ordinarily be available on the court’s website by 10:45 a.m. Most Recent Opinion Release
Opinions This Month
Search Opinions
In emergency and expedited matters, the court releases its opinions at such other times as may be ordered by the court. To view opinions, you must have Acrobat Reader installed.
Opinions from other Florida Courts
Florida Supreme Court
First District Court of Appeal
Second District Court of Appeal
Fourth District Court of Appeal
Fifth District Court of Appeal

 
 
 

 
 
 
 Opinions
 
 
 
 
 
 Opinions This Month
 
 
 
 
 Most Recent Opinion Release
 
 
 
 
 Search Opinions
 
 
 
 
 Written Opinions
 
 
 
 
 PCAs
 
 
 
 
 Citation Opinions
 
 
 
 
 
 
 

 
 
 

 
 

 
 

 
 

 
 
 Court Resources
 
 
 
 Clerk's Office
 
 
 
 
 Online Docket
 
 
 
 
 Opinions
 
 
 
 
 Oral Arguments
 
 
 
 
 Resources
 
 
 
 
 About the Court
 
 
 
 

 
 Florida Courts
 
 
 
 Florida Supreme Court
 
 
 
 
 First DCA
 
 
 
 
 Second DCA
 
 
 
 
 Fourth DCA
 
 
 
 
 Fifth DCA
 
 
 
 
 Florida Courts
 
 
 
 
 

 
 

 
 
 
 

 
 
 
 
 
 
 Law Clerk and Staff Attorney Employment Opportunities
 
 
 
 
 ADA Guidelines
 
 
 
 
 Directions to the Court
 
 
 
 
 All Content Copyright 2019 Third District Court of Appeal
 
 

 Florida Courts